```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

IN RE: RALPH ARADO, JR.                   )
                                          )
BAC Home Loans Servicing, L.P. fka        )
Countrywide Home Loans Servicing, L.P./   )
Mortgage Electronic Registration          )
Systems, Inc.,                            )
         Creditor,                        )
                                          )
    vs.                                   ) CASE NO. 05B32871
                                          ) JUDGE Bruce W. Black
RALPH ARADO, JR.,                         )
         Debtor                           )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P./ Mortgage Electronic Registration Systems, Inc., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the November 2009 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of February 16, 2010:

    a. Attorney's Fees                          $250

    b. Payments: 11/2009– 4/2010
       (6 @ $1,122.10)                          $6,732.60


                                    Total      $6,982.60

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P./ Mortgage Electronic Registration Systems, Inc. rights to collect these amounts will be unaffected.

Respectfully Submitted,

BAC Home Loans Servicing, L.P. fka
Countrywide Home Loans Servicing, L.P./
Mortgage Electronic Registration
Systems, Inc.

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088